■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of CATHERINE S. TUNIS, Petitioner, v CORNING GLASS WORKS, Respondent. — Motion granted and proceeding dismissed, with costs to respondent (*see, Matter of Butler*, 101 NY 307). (Proceeding pursuant to Executive Law § 298.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and O'Donnell, JJ. (Order entered Jan. 29, 1985.)